

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

The State of Texas,

Vs. No. 11-20-00144-CR

Brandon Nicholas Martinez,

\* From the 35th District Court
of Brown County,
Trial Court No. CR26667

\* September 2, 2021

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the trial court's order granting Brandon Nicholas Martinez's motion to suppress evidence, and we remand this cause to the trial court for further proceedings.